**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DAMON CAMPAGNA, LILY ROSE SMITH, and PATRICK SPAULDING, <br>         Plaintiffs, <br>         v. <br> BOSTON RED SOX BASEBALL CLUB, L.P. and FENWAY SPORTS GROUP HOLDINGS, LLC, <br>         Defendants. | Case No. 1:26-cv-10182-NMG |

**DEFENDANTS' MOTION TO COMPEL ARBITRATION**
**OR TO DISMISS CLASS ACTION COMPLAINT**

Defendants Boston Red Sox Baseball Club, L.P. and Fenway Sports Group Holdings, LCC, respectfully request that this Court dismiss the claims asserted in Plaintiffs' Class Action Complaint with prejudice or, in the alternative, compel Plaintiffs to arbitrate.

Plaintiffs agreed to mandatory arbitration in connection with the purchase of the tickets that are the subject of this dispute.  In addition and in the alternative, Plaintiffs knew the full price of the tickets before purchasing, and were neither harmed nor deceived.

In support of this motion, Defendants refer to and incorporate by reference herein their Memorandum of Law in Support of the Motion to Compel Arbitration or to Dismiss, and the declarations of Ron Bumgarner and Lara Piatro Wisch, filed contemporaneously herewith.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Defendants Boston Red Sox Baseball Club, L.P. and Fenway Sports Group Holdings, LCC, respectfully request a hearing on this motion.

1

## <u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1</u>

I hereby certify that I conferred with counsel for Plaintiffs on April 8 via telephone about the foregoing Motion to Compel Arbitration or to Dismiss.

Dated:  April 13, 2026

Respectfully submitted,

*/s/Christopher M. Morrison*
Christopher M. Morrison, Esq. (BBO # 651335)
Michael T. Marcucci, Esq. (BBO #699045)
Lauren A. Murtagh, Esq. (BBO #713478)
JONES DAY
100 High Street, 21st Floor
Boston, MA 02110-1781
Telephone: 617.449.6895
cmorrison@jonesday.com
mmarcucci@jonesday.com
lmurtagh@jonesday.com

*Attorneys for Defendants Boston Red Sox Baseball Club, L.P. and Fenway Sports Group Holdings, LCC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 13, 2026 the foregoing was filed through the Court's CM/ECF system and will be sent electronically to the registered participants.

*/s/ Christopher M. Morrison*
Christopher M. Morrison

2